UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON WORKERS LOCAL 7, OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS,<br><br>Plaintiff,<br><br>v.<br><br>HOLTEC DECOMMISSIONING INTERNATIONAL, LLC and CHAMPION SPECIALTY SERVICES, LLC,<br><br>Defendants. | Case No. 1:26-cv-13333-MJJ |

**NOTICE OF APPEARANCE OF CHRISTOPHER R. DEUBERT**

PLEASE TAKE NOTICE that Christopher R. Deubert, of Constangy, Brooks, Smith & Prophete LLP, hereby appears on behalf of Defendant Holtec Decommissioning International, LLC.

Dated: September 15, 2026

Respectfully submitted,

CONSTANGY, BROOKS,
SMITH & PROPHETE LLP

/s/ *Christopher R. Deubert*
Christopher R. Deubert
800 Boylston St., Suite 1005
Boston, MA 02199
Tel.: 617.849.7880
Fax: 617.849.7970
cdeubert@constangy.com

*Attorneys for Defendant*
Holtec Decommissioning International, LLC

**CERTIFICATE OF SERVICE**

I, Christopher R. Deubert, hereby certify that I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court via the Court's CM/ECF electronic filing system, which will send a notification to all counsel of record.

/s/ *Christopher R. Deubert*
Christopher R. Deubert