UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:26-CV-13333

IRON WORKERS LOCAL 7, of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers ("Union"),

Plaintiff,

v.

HOLTEC DECOMMISSIONING INTERNATIONAL, LLC ("HDI"),

and

CHAMPION SPECIALTY SERVICES, LLC ("Champion"),

Defendants.

**NOTICE OF APPEARANCE OF BENJAMIN M. MCGOVERN**

Please enter the appearance of Benjamin M. McGovern as counsel for Defendant, Champion Specialty Services, LLC.

Respectfully submitted,

CHAMPION SPECIALTY SERVICES, LLC

By its attorneys,

Benjamin M. McGovern BBO No. 661611
benjamin.mcgovern@hklaw.com
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Date: September 15, 2026

**CERTIFICATE OF SERVICE**

I, Benjamin M. McGovern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of September, 2026.

__________________________________
Benjamin M. McGovern

Date: September 15, 2026