UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON WORKERS LOCAL 7, OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS,<br><br>Plaintiff,<br><br>v.<br><br>HOLTEC DECOMMISSIONING INTERNATIONAL, LLC and CHAMPION SPECIALTY SERVICES, LLC,<br><br>Defendants. | Case No. 1:26-cv-13333-MJJ |

**NOTICE OF APPEARANCE OF ANDREW L. EISENBERG**

PLEASE TAKE NOTICE that Andrew L. Eisenberg, of Constangy, Brooks, Smith & Prophete LLP, hereby appears on behalf of Defendant Holtec Decommissioning International, LLC.

Dated: September 17, 2026

Respectfully submitted,

CONSTANGY, BROOKS,
SMITH & PROPHETE LLP

/s/ *Andrew L. Eisenberg*
Andrew L. Eisenberg (BBO# 152120)
800 Boylston St., Suite 1005
Boston, MA 02199
Tel.: 617.849.7880
Fax: 617.849.7970
*aeisenberg@constangy.com*

*Attorney for Defendant*
Holtec Decommissioning International, LLC

**CERTIFICATE OF SERVICE**

I, Andrew L. Eisenberg, hereby certify that I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court via the Court's CM/ECF electronic filing system, which will send a notification to all counsel of record.

/s/ *Andrew L. Eisenberg*
Andrew L. Eisenberg