UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON WORKERS LOCAL 7, of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers,<br><br>Plaintiff,<br><br>v.<br><br>HOLTEC DECOMMISSIONING INTERNATIONAL, LLC and CHAMPION SPECIALTY SERVICES, LLC,<br><br>Defendants. | C.A. No. 1:26-cv-13333-MJJ |

**HOLTEC DECOMMISSIONING INTERNATIONAL, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Holtec Decommissioning International, LLC makes the following disclosure:

1. Holtec Decommissioning International, LLC's parent corporations are:
   a. Holtec International; and
   b. Holtec Holdings, Inc.

2. No publicly traded corporation owns 10% more of its stock.

Dated: September 21, 2026

Respectfully submitted,

CONSTANGY, BROOKS,
SMITH & PROPHETE LLP

/s/ *Christopher R. Deubert*
Christopher R. Deubert
Andrew L. Eisenberg
800 Boylston St., Suite 1005
Boston, MA 02199
Tel.: 617.849.7880
Fax: 617.849.7970
cdeubert@constangy.com

aeisenberg@constangy.com

*Attorneys for Defendant*
Holtec Decommissioning International, LLC

**CERTIFICATE OF SERVICE**

I, Christopher R. Deubert, hereby certify that I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court via the Court's CM/ECF electronic filing system, which will send a notification to all counsel of record.

/s/ *Christopher R. Deubert*
Christopher R. Deubert