**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRON WORKERS LOCAL 7, of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers,<br><br>Plaintiff,<br><br>v.<br><br>HOLTEC DECOMMISSIONING INTERNATIONAL, LLC and CHAMPION SPECIALTY SERVICES, LLC,<br><br>Defendants. | C.A. No. 1:26-cv-13333-MJJ |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendants, Holtec Decommissioning International, LLC ("HDI") and Champion Specialty Services, LLC ("Champion"), hereby move to dismiss all claims asserted against them in this action with prejudice.

As grounds for this motion, HDI and Champion state that the sole relief sought by Plaintiff in this action is an order compelling them to arbitrate a dispute pursuant to the National Labor Agreement for the Decommissioning, Decontamination and Demolition of Nuclear Power Generation Facilities ("NLA"). However, Plaintiff did not sign the NLA; is not an intended beneficiary of the NLA's arbitration provision; and the NLA arbitration provision does not cover the dispute Plaintiff seeks to arbitrate in any event. Plaintiff's claim should therefore be dismissed with prejudice. In further support of their motion, Defendants rely on the memorandum of law filed herewith.

For the reasons set forth herein, and in the memorandum filed herewith, Defendants respectfully request that this Court dismiss all claims asserted against them in their entirety with prejudice.

## REQUEST FOR HEARING

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this motion to dismiss.

Respectfully submitted,


HOLTEC DECOMMISSIONING INTERNATIONAL, LLC,

By its Attorneys,

/s/ *Andrew L. Eisenberg*
Andrew L. Eisenberg
aeisenberg@constangy.com
Christopher R. Deubert
cdeubert@constagny.com
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
800 Boylston St., Suite 1005
Boston, MA 02199
(617) 849-7880

Armin J. Moeller, Jr. (*pro hac vice application forthcoming)*
Ashley Eley Cannady (*pro hac vice application forthcoming)*
BALCH & BINGHAM LLP
188 E. Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: 601-965-8156
amoeller@balch.com
acannady@balch.com

CHAMPION SPECIALTY SERVICES, LLC

By its Attorneys,

/s/ *Benjamin M. McGovern*
Benjamin M. McGovern BBO No. 661611
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
benjamin.mcgovern@hklaw.com


Dated: September 21, 2026

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

The undersigned counsel for the Defendants hereby certify that they conferred with counsel for Plaintiff on September 17, 2026 in a good faith attempt to resolve or narrow the issues presented by this motion. Those efforts were unsuccessful.

*/s/ Benjamin M. McGovern*
Benjamin M. McGovern

*/s/ Andrew L. Eisenberg*
Andrew L. Eisenberg

**CERTIFICATE OF SERVICE**

I, Benjamin M. McGovern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of September, 2026.

*/s/ Benjamin M. McGovern*
Benjamin M. McGovern

Dated: September 21, 2026