**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRON WORKERS LOCAL 7, of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers,<br><br>Plaintiff,<br><br>v.<br><br>HOLTEC DECOMMISSIONING INTERNATIONAL, LLC and CHAMPION SPECIALTY SERVICES, LLC,<br><br>Defendants. | C.A. No. 1:26-cv-13333-MJJ |

**CORPORATE DISCLOSURE STATEMENT**
**OF CHAMPION SPECIALTY SERVICES, LLC**

Pursuant to Fed. R. Civ. P. 7.1, defendant, Champion Specialty Services, LLC, states that it is 100% owned by Champion Painting Specialty Services Corp., and further states there is no publicly-held corporation owning more than 10% of its membership interests.

Respectfully submitted,

CHAMPION SPECIALTY SERVICES, LLC

By its Attorneys,

*/s/ Benjamin M. McGovern*

Benjamin M. McGovern BBO No. 661611
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
benjamin.mcgovern@hklaw.com

Dated: September 21, 2026

## CERTIFICATE OF SERVICE

I, Benjamin M. McGovern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of September, 2026.

*/s/ Benjamin M. McGovern*
Benjamin M. McGovern

Dated: September 21, 2026