UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON WORKERS LOCAL 7, of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers,<br><br>Plaintiff,<br><br>v.<br><br>HOLTEC DECOMMISSIONING INTERNATIONAL, LLC and CHAMPION SPECIALTY SERVICES, LLC,<br><br>Defendants. | C.A. No. 1:26-cv-13333-MJJ |

**HOLTEC DECOMMISSIONING INTERNATIONAL, LLC'S**
**NOTICE OF JOINDER**

For the avoidance of doubt, Defendant Holtec Decommissioning International, LLC, by and through undersigned counsel, hereby gives notice that it is a part of and joins in Defendants' Motion to Dismiss filed on September 21, 2026 (Dkt. Nos. 12, 13). To the extent necessary, Defendant further states that this Notice of Joinder is intended to preserve and assert all arguments and defenses available to Defendant that are addressed in the joined filing.

Dated: September 22, 2026

Respectfully submitted,

CONSTANGY, BROOKS,
SMITH & PROPHETE LLP

/s/ *Christopher R. Deubert*
Christopher R. Deubert
Andrew L. Eisenberg
800 Boylston St., Suite 1005
Boston, MA 02199
Tel.: 617.849.7880
Fax: 617.849.7970
cdeubert@constangy.com
aeisenberg@constangy.com



15349193v1

Armin J. Moeller, Jr. (*pro hac vice application forthcoming)*
Ashley Eley Cannady (*pro hac vice application forthcoming)*
BALCH & BINGHAM LLP
188 E. Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: 601-965-8156
amoeller@balch.com
acannady@balch.com

*Attorneys for Defendant*
Holtec Decommissioning International, LLC

**CERTIFICATE OF SERVICE**

I, Christopher R. Deubert, hereby certify that I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court via the Court's CM/ECF electronic filing system, which will send a notification to all counsel of record.

/s/ *Christopher R. Deubert*
Christopher R. Deubert