**Secretary of the Commonwealth of Massachusetts**
William Francis Galvin

# Business Entity Summary

**ID Number: 001903813**

Request certificate | New search

**Summary for: HOLTEC DECOMMISSIONING INTERNATIONAL, LLC**

**The exact name of the Foreign Limited Liability Company (LLC):** HOLTEC DECOMMISSIONING INTERNATIONAL, LLC

**Entity type:** Foreign Limited Liability Company (LLC)

**Identification Number:** 001903813

**Date of Registration in Massachusetts:** 07-25-2025 **Date of Revival:**

**Last date certain:**

**Organized under the laws of: State:** DE **Country:** USA **on:** 05-07-2018

**The location of the Principal Office:**

Address: 1 HOLTEC BLVD
City or town, State, Zip code, Country: CAMDEN, NJ 08104 USA

**The location of the Massachusetts office, if any:**

Address: 600 ROCKY HILL RD
City or town, State, Zip code, Country: PLYMOUTH, MA 02360 USA

**The name and address of the Resident Agent:**

Name: C T CORPORATION SYSTEM
Address: 155 FEDERAL STREET, SUITE 700
City or town, State, Zip code, Country: BOSTON, MA 02110 USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | KRISHNA SINGH | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |
| MANAGER | KELLY TRICE | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |
| MANAGER | VIVEK NAIDOO | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |
| MANAGER | WILLIAM F. GILL, IV, ESQ. | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | PATRICK O'BRIEN | 600 ROCKY HILL RD. PLYMOUTH, MA 02360 USA USA |
| REAL PROPERTY | KRISHNA SINGH | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |
| REAL PROPERTY | KELLY TRICE | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |
| REAL PROPERTY | WILLIAM F. GILL, IV, ESQ. | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |

☐ **Consent** ☐ **Confidential Data** ☐ **Merger Allowed** ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment

View filings

**Comments or notes associated with this business entity:**

New search