**Secretary of the Commonwealth of Massachusetts**
William Francis Galvin

# Business Entity Summary

**ID Number: 001564632** Request certificate New search

**Summary for: CHAMPION SPECIALTY SERVICES, LLC**

**The exact name of the Foreign Limited Liability Company (LLC):** CHAMPION SPECIALTY SERVICES, LLC

**Entity type:** Foreign Limited Liability Company (LLC)

**Identification Number:** 001564632

**Date of Registration in Massachusetts:** 02-22-2022 **Date of Revival:**

**Last date certain:**

**Organized under the laws of: State:** FL **Country:** USA **on:** 01-01-2018

**The location of the Principal Office:**

Address: 971 US HIGHWAY 202N STE N
City or town, State, Zip code, Country: BRANCHBURG, NJ 08876 USA

**The location of the Massachusetts office, if any:**

Address: 82 WENDELL AVE. STE 100
City or town, State, Zip code, Country: PITTSFIELD, MA 01201 USA

**The name and address of the Resident Agent:**

Name: NORTHWEST REGISTERED AGENT SERVICE INC.
Address: 82 WENDELL AVENUE, STE. 100
City or town, State, Zip code, Country: PITTSFIELD, MA 01201 USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| | | |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | CARLOS HERNANDEZ | 971 US HIGHWAY 202N STE N BRANCHBURG, NJ 08876 USA USA |

☐ **Consent** ☐ **Confidential Data** ☐ **Merger Allowed** ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment

View filings

**Comments or notes associated with this business entity:**

New search