




Pilgrim Nuclear Power Station was shut down permanently by Entergy on May 31, 2019, after providing electricity safely to the region for more than 46 years. In August of 2019, Pilgrim Nuclear Power Station was purchased by Holtec International in a deal that allowed the site to enter immediate decommissioning. The deal enables decommissioning and site release for alternate uses decades sooner than previously anticipated. As Pilgrim enters into this new chapter, its commitment to safety, the community and the environment remains unchanged.


Pilgrim Fuel Transfer


Decommissioning Update, May 2022


Pilgrim Decommissioning

**Secretary of the Commonwealth of Massachusetts**
William Francis Galvin

## Business Entity Summary

**ID Number: 001398188**

Request certificate | New search

**Summary for: HOLTEC PILGRIM, LLC**

**The exact name of the Domestic Limited Liability Company (LLC):** HOLTEC PILGRIM, LLC

**The name was changed from:** ENTERGY NUCLEAR GENERATION COMPANY, LLC **on** 09-06-2019

**Converted from** ENTERGY NUCLEAR GENERATION COMPANY **on** 08-22-2019

**Entity type:** Domestic Limited Liability Company (LLC)

**Identification Number:** 001398188 | **Old ID Number:**

**Date of Organization in Massachusetts:** 08-22-2019 | **Date of Revival:**

**Last date certain:**

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address: 600 ROCKY HILL ROAD
City or town, State, Zip code, Country: PLYMOUTH, MA 02360 USA

**The name and address of the Resident Agent:**

Name: CORPORATION SERVICE COMPANY
Address: 84 STATE STREET
City or town, State, Zip code, Country: BOSTON, MA 02109 USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | VIVEK NAIDOO | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |
| MANAGER | KELLY TRICE | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |
| MANAGER | DR KRISHNA P. SINGH | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | JOHN MOYLAN | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | JOE MCDONOUGH | 1 HOLTEC BLVD CAMDEN, NJ 08104 USA USA |

☐ **Consent** ☐ **Confidential Data** ☐ **Merger Allowed** ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment

View filings

**Comments or notes associated with this business entity:**

New search