Request Additional Panel | View Panel | Print R-43

## Case Information

**Case Number:**
*260507-06319*
**Date Received:**
*5/7/2026*
**Status:**
*Open*
**Requestor:**
*LONG, MICKEY (Union)*
**Employer:**
*Holtec Decommissioning International (HDI) (Moeller, Armin)*
**Union:**
*International Association of Bridges Structural Ornamental and Reinforcing Iron Workers 7 (Long, Mickey)*

**Dispute Site:**
*Plymouth, Massachusetts 02367*
**Issue:**
*Refusal of Access to Project Site, in violation of Nat'l Labor Agreement*
**Sector:**
*Private Sector*
**Case Administrator:**
*Nichter, Suzanne*
**Employer Delivery Method:**
*amoeller@batch.com*
**Union Delivery Method:**
*mickeylong@wagelaw.net*

## Panel Criteria

**Panel Size:**
*7*
**Geo Location of Arbitrators:**
*Regional*
**Use First Business Address Only:**
*No*
**Fact Finders Only:**
*No*
**Experienced In Interest Cases Only:**
*No*
**Current SAM-CCR # for Federal Cases:**

*No*
**Needs Expedited Arbitration:**
*No*
**In Person Ready:**
*No*

**AAA:**
*No*
**NAA:**
*No*
**Attorney:**
*No*
**Video Arbitration Capable:**
*No*
**Issue Specialization:**
*None*
**Industry Type:**
*None*
**Requires Federal Sector Experience:**
*No*
**May Involve International Travel:**
*No*

View Original Criteria

Case History

| Type | Date | Description |
|---|---|---|
| Letter Generated | 5/7/2026 6:22:27 AM | Case 260507-06319 Panel letter was emailed to the union representative at mickeylong@wagelaw.net by MICKEY LONG |
| Letter Generated | 5/7/2026 6:22:27 AM | Case 260507-06319 Panel letter was emailed to the employer representative at amoeller@batch.com by MICKEY LONG |
| Panel Created | 5/7/2026 6:21:45 AM | Case 260507-06319 First panel created by MICKEY LONG |
| Case Created | 5/7/2026 6:21:45 AM | Case 260507-06319 created by MICKEY LONG |

Previous 1 Next

Payment History

| Transaction # | Type | Amount | Payment Date |
|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 1110710 | PayGov - Credit Card | $100.00 | 5/7/2026 6:22:15 AM | Approved | LONG, MICKEY | Print Receipt |

Previous 1 Next