Request Additional Panel | View Panel | Print R-43

## Case Information

**Case Number:**
*260507-06318*
**Date Received:**
*5/7/2026*
**Status:**
*Open*
**Requestor:**
*LONG, MICKEY (Union)*
**Employer:**
*Champion Specialty Services, LLC (Fernandez, Andres)*
**Union:**
*International Association of Bridges Structural Ornamental and Reinforcing Iron Workers 7 (Long, Mickey)*

**Dispute Site:**
*Plymouth, Massachusetts 02360*
**Issue:**
*Wrongful Layoff and/or Cessation of Employment*
**Sector:**
*Private Sector*
**Case Administrator:**
*Nichter, Suzanne*
**Employer Delivery Method:**
*afernandez@championssc.com*
**Union Delivery Method:**
*mickeylong@wagelaw.net*

## Panel Criteria

**Panel Size:**
*7*
**Geo Location of Arbitrators:**
*Regional*
**Use First Business Address Only:**
*No*
**Fact Finders Only:**
*No*
**Experienced In Interest Cases Only:**
*No*
**Current SAM-CCR # for Federal Cases:**

*No*

**Needs Expedited Arbitration:**

*No*

**In Person Ready:**

*No*

**AAA:**

*No*

**NAA:**

*No*

**Attorney:**

*No*

**Video Arbitration Capable:**

*No*

**Issue Specialization:**

*None*

**Industry Type:**

*None*

**Requires Federal Sector Experience:**

*No*

**May Involve International Travel:**

*No*

View Original Criteria

Case History

| Type | Date | Description |
|---|---|---|
| Letter Generated | 5/7/2026 6:16:50 AM | Case 260507-06318 First Panel was printed by MICKEY LONG |
| Letter Generated | 5/7/2026 6:14:41 AM | Case 260507-06318 Panel letter was emailed to the union representative at mickeylong@wagelaw.net by MICKEY LONG |
| Letter Generated | 5/7/2026 6:14:41 AM | Case 260507-06318 Panel letter was emailed to the employer representative at afernandez@championssc.com by MICKEY LONG |
| Panel Created | 5/7/2026 5:46:19 AM | Case 260507-06318 First panel created by MICKEY LONG |
| Case Created | 5/7/2026 5:46:19 AM | Case 260507-06318 created by MICKEY LONG |

Previous 1 Next

Payment History

| Transaction # | Type | Amount | Payment Date | | | |
|---|---|---|---|---|---|---|
| 1110709 | PayGov – Credit Card | $100.00 | 5/7/2026 6:14:18 AM | Approved | LONG, MICKEY | Print Receipt |

Previous 1 Next