**From:** Arbitration
**To:** Mickey Long
**Cc:** Moeller, Armin; Andres Fernandez, Esq.; Cannady, Ashley Eley; Anna B
**Subject:** RE: [EXTERNAL] Stay FMCS Cases ## 260507-06318 (IWs Union and Holtec) & 260507-06319 (IWs Union and Champion)
**Date:** Tuesday, June 23, 2026 4:23:52 PM
**Attachments:** image001.png

---

Hello,

Unfortunately, your CBA does not appear to have any language providing for what happens when a party will not cooperate in the selection. It does not empower FMCS to take any particular action in such an event. Therefore, FMCS is without authority to appoint an arbitrator over the objection of one of the parties. You may well have other avenues of recourse available, but we lack that authority at FMCS.

I am sorry we cannot be more helpful.

Ms. Karen Pierce , Supervisor
Office of Arbitration Services
Federal Mediation and Conciliation Service
Washington DC 20427
Phone number 202/606-3672 Email: kpierce@fmcs.gov

http://www.fmcs.gov

---

**From:** Mickey Long <mickeylong@wagelaw.net>
**Sent:** Tuesday, June 23, 2026 1:09 PM
**To:** Arbitration <Arbitration@fmcs.gov>
**Cc:** Moeller, Armin <amoeller@balch.com>; Andres Fernandez, Esq. <afernandez@championssc.com>; Cannady, Ashley Eley <acannady@balch.com>; Anna B <annab@wagelaw.net>
**Subject:** RE: [EXTERNAL] Stay FMCS Cases ## 260507-06318 (IWs Union and Holtec) & 260507-06319 (IWs Union and Champion)

Ms. Pierce and FMCS:

The Union has not been able to obtain agreement on the selection of an arbitrator nor on other logistic or other matters (for various reasons Holtec and Champion might explain). Further, the labor agreement, i.e., the National Labor Agreement attached, recites at page 8 Article V – Grievance Procedure, Step 3:

Step 3: If the grievance is not resolved in the Step 2 meeting, the grieving party may within fifteen (15) calendar days after that meeting notify the other party in writing that it wishes to appeal the grievance to arbitration. The parties then will meet within fifteen (15) calendar days after such notice in order to agree on the selection of the arbitrator. If the parties are unable to agree upon an arbitrator, application may be made by either party to the Federal Mediation and Conciliation Service for a panel of seven (7) arbitrators, upon receipt of which both parties shall immediately, alternately strike names, choosing by lot which party is to strike first, until the last name remains, which person shall be designated as the arbitrator. The

The Union requests that the FMCS provide a means by which this might manifest, please.

Thank you,
Mickey Long
Attorney for the Union

-----Original Message-----
From: Arbitration <Arbitration@fmcs.gov>
Sent: Monday, June 15, 2026 1:00 PM
To: Mickey Long <mickeylong@wagelaw.net>
Cc: Moeller, Armin <amoeller@balch.com>; Andres Fernandez, Esq. <afernandez@championssc.com>; Cannady, Ashley Eley <acannady@balch.com>; Anna B <annab@wagelaw.net>
Subject: RE: [EXTERNAL] Stay FMCS Cases ## 260507-06318 (IWs Union and Holtec) & 260507-06319 (IWs Union and Champion)

Thank you for the update.

-----Original Message-----
From: Mickey Long <mickeylong@wagelaw.net>
Sent: Monday, June 15, 2026 12:24 PM
To: Arbitration <Arbitration@fmcs.gov>
Cc: Moeller, Armin <amoeller@balch.com>; Andres Fernandez, Esq. <afernandez@championssc.com>; Cannady, Ashley Eley <acannady@balch.com>; Anna B <annab@wagelaw.net>
Subject: [EXTERNAL] Stay FMCS Cases ## 260507-06318 (IWs Union and Holtec) & 260507-06319 (IWs Union and Champion)

Ms. Pierce:

Again, I am Union counsel in the matters captioned above. As an update, from the Union's view:

1. The Parties have currently exhausted good faith settlement avenues and options (which may, of course, restart or continue as the case is processed); and
2. Counsel for the Parties have tentatively scheduled for this coming Thursday (availability of all depending) a meeting to seek agreement on an arbitrator selection and to discuss other logistic matters (places, dates, times, etc.), where agreement can be reached.
3. Hopefully, by next week, I can contact you with an update and as to whether we were able to agree on any such or other matters to further proceed with the arbitration process.

Thank you and best,
Mickey Long

-----Original Message-----
From: Arbitration <Arbitration@fmcs.gov>
Sent: Wednesday, May 13, 2026 2:16 PM
To: Mickey Long <mickeylong@wagelaw.net>
Subject: RE: [EXTERNAL] Stay FMCS Cases ## 260507-06318 (IWs Union and Holtec) & 260507-06319 (IWs Union and Champion)

Thank you for the email.

Ms. Pierce
Office of Client Services, Arbitration Services Office phone number 202/606-5111

www.fmcs.gov

-----Original Message-----
From: F7Notice <F7Notice@fmcs.gov>
Sent: Wednesday, May 13, 2026 2:05 PM
To: Arbitration <Arbitration@fmcs.gov>
Subject: FW: [EXTERNAL] Stay FMCS Cases ## 260507-06318 (IWs Union and Holtec) & 260507-06319 (IWs Union and Champion)

-----Original Message-----
From: Mickey Long <mickeylong@wagelaw.net>
Sent: Wednesday, May 13, 2026 12:32 PM
To: F7Notice <F7Notice@fmcs.gov>
Cc: Moeller, Armin <amoeller@balch.com>; Andres Fernandez, Esq. <afernandez@championssc.com>; Anna B <annab@wagelaw.net>
Subject: [EXTERNAL] Stay FMCS Cases ## 260507-06318 (IWs Union and Holtec) & 260507-06319 (IWs Union and Champion)

FMCS Case #: 260507-06318 (Iron Workers Local 7 and Champion Spec. Srvs. Provider)
FMCS Case ": 260507-06319 (Iron Workers Local 7 and Holtec (HDI)

Dear FMCS:

Each of the Parties (counsel cc'd above) to these two Cases recited above and filed by the Union wish to stay the matters, pending further fact gathering and pending further notification otherwise with your Service. Meanwhile, each is reserving any and all rights each currently have including any claims, counterclaims, positions, and defenses. The Parties have a conference currently scheduled for Wednesday, May 27, 2026, at 2 p.m. After that conference, the Union (and/or any other party) intends to update your Service as to where matters stand. Please confirm receipt of this email and the temporary stay pending further notification, please.

Best,

Mickey Long
Union's Counsel
617-719-6193
CAUTION: **This email originated EXTERNALLY - Please think before clicking on any links, opening attachments or replying.**