| | |
|---|---|
| **From:** | Mickey Long |
| **To:** | Moeller, Armin; Andres Fernandez, Esq. |
| **Cc:** | Anna B |
| **Subject:** | Pilgrim Decommission, Mike Downing Grievance |
| **Date:** | Tuesday, May 5, 2026 6:43:00 AM |
| **Attachments:** | image001.jpg |

Good morning, Gentlemen:

1. In accord with the NLA at p. 8 and 9 (copied below), the Union wishes to appeal the grievance to arbitration. Kindly provide dates and times (Zoom is acceptable) by which we could meet (with or without clients via Zoom or in-person) for the purposes of finding agreement as to an Arbitrator.

2. Meanwhile, if either or both of you (or your client(s)) have an idea about a potential resolution to avoid an arbitration, please let me know.

3. Also, given the directly affected issue now included in this grievance, please let me know whether your firm(s) intends soon to replace Mr. Downing to resolve the work assignment/jurisdictional dispute that has arisen after Holtec's denial to Mr. Downing's access to the Plant. In short, Holtec's act coupled with Champion's not acting to hire another Iron Worker has manifested into a circumvention, i.e., a wrongful assignment, of the long-standing use of Iron Workers to perform this type of labor. If you have any ideas on resolving this matter, please let me know, especially if you think I have misunderstood or am misinformed on this directly related matter.

Thank you for you anticipated prompt attention,
Mickey
617-719-6193

CC: Michael Hess, Int'l Rep.
Vin Coyle, Bus. Mang. Local 7
Tom Pecararo, Bus. Agent

<u>Step 3:</u> If the grievance is not resolved in the Step 2 meeting, the grieving party may within fifteen (15) calendar days after that meeting notify the other party in writing that it

wishes to appeal the grievance to arbitration. The parties then will meet within fifteen (15) calendar days after such notice in order to agree on the selection of the arbitrator. If the parties are unable to agree upon an arbitrator, application may be made by either party to the Federal Mediation and Conciliation Service for a panel of seven (7) arbitrators, upon receipt of which both parties shall immediately, alternately strike names, choosing by lot which party is to strike first, until the last name remains, which person shall be designated as the arbitrator. The decision of the arbitrator shall be final and binding upon the Contractor and the Union and its members.
The Union and the Contractor shall bear their respective cost of the arbitration separately

---

**From:** Mickey Long
**Sent:** Wednesday, April 29, 2026 10:54 AM
**To:** Moeller, Armin <amoeller@balch.com>; Andres Fernandez, Esq. <afernandez@championssc.com>
**Cc:** Anna B <annab@wagelaw.net>
**Subject:** FW: Pilgrim Decommission, Mike Downing Grievance

Armin and Andres:

Is Holtec and Champion willing to engage with the Int'l Union Representative (via Zoom) in an attempt to resolve the matter?

Best,
Mickey

---

**From:** Moeller, Armin <amoeller@balch.com>
**Sent:** Wednesday, April 29, 2026 10:46 AM
**To:** Mickey Long <mickeylong@wagelaw.net>; rwells@championssc.com; Jenalee Shurling <jshurling@championssc.com>
**Cc:** Anna B <annab@wagelaw.net>; Cannady, Ashley Eley <acannady@balch.com>
**Subject:** RE: Pilgrim Decommission, Mike Downing Grievance

Mickey,

I appreciate our previous communications and your willingness to work with us on this matter. Pursuant to your request, the Pilgrim site Holtec management team has conferred and considered a possible settlement of this matter whereby Mr. Downing would be permitted to return to the site at some point in the future. Following careful consideration, the Holtec management team has decided that it would not be in the best interest of the site, considering the reasons for which he was denied access, to permit Mr. Downing to return to the site.
Should you require further information please contact me. We will

respond to your request for information by COB Friday, May 8.

Thank you,

Armin

Armin J. Moeller, Jr., Partner, Balch & Bingham LLP
188 East Capitol Street • Suite 1400 • Jackson, MS 39201-2133
t: +1 (601) 965-8156 f: +1 (601) 961-4466 e: amoeller@balch.com
**www.balch.com**

---

**From:** Mickey Long <mickeylong@wagelaw.net>
**Sent:** Tuesday, April 21, 2026 10:51 AM
**To:** Moeller, Armin <amoeller@balch.com>; rwells@championssc.com; Jenalee Shurling <jshurling@championssc.com>
**Cc:** Anna B <annab@wagelaw.net>
**Subject:** Pilgrim Decommission, Mike Downing Grievance

Armin & Champion:

Armin: Thank you very much for speaking with me this morning. Please correct anything you think I might have misstated below, if anything:

1. We (Holtec Decommissioning and the Union) agree to extend all deadlines in the NLA's Grievance Procedure in order to allow time for fact gathering. We hope Champion, too, will agree. **Champion**: Would you please let us know whether you agree?
2. To both Holtec and Champion: This is also a request under the Nat'l Labor Rel. Act, i.e., a demand for information. I hope you agree that the Union needs this information in order to determine whether to continue to grieve the matter and, if so, the Union will need this information to negotiate resolution and/or prepare for the arbitration, absent resolution of course. Accordingly, please provide:
    a. Champion's investigation report and any Holtec and/or Champion notes, documents or written statement associated or otherwise related to that investigation;
    b. A photo or copy of the "RAD tag" from the seavan and the "DAW" bag;

c. A photo or copy of the "Pre-job brief sheet" from the day of the incident at issue (when the seavan was moved);
d. The names of each individual in the crew, including any direct supervisor to or co-foreman with Mr. Downing, who was working with Mr. Downing on the day and incident at issue. Please also provide the position of each and each individual's union trade; and
e. The procedure for accessing the crane that lifted the seavan at issue and who can grant authorization for the crew's foreman to access and use that crane, especially on the day in question.

Please provide this information within the next 10 days, given the need for the Union to gather facts sufficient to engage in its duty to fairly represent Mr. Downing and its interests.

3. Finally, Armin and I agree that we would consult with our clients and speak by the end of this week as to potential resolution, e.g., a date certain by which Holtec, given the circumstances, would agree to grant access to Mr. Downing for rehire by Champion and/or any other Holtec subcontractor.

Thanks again and best,

Mickey Long
Counsel to IW Local 7
617-719-6193

cc: Michael Hess, Int'l V.P.
Vincent Coyle, Business Manager
Tom Pecoraro, Bus. Agent

CONFIDENTIALITY: This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution. If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.