## Mickey Long

**From:** Mickey Long
**Sent:** Wednesday, July 8, 2026 9:13 AM
**To:** Moeller, Armin; Andres Fernandez, Esq.; Cannady, Ashley Eley
**Cc:** Anna B
**Subject:** Iron Workers & Pilgrim (M Downing) Follow Up

Armin:

When we last spoke, you were with your grandchildren and intended to call Frank Marco, legal counsel to the IWs' Int'l. Have you been able to connect with Frank, and if so, is there a suggested solution or idea moving forward, please?

Thanks much,
Mickey