UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON WORKERS LOCAL 7, of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers,<br><br>Plaintiff,<br><br>v.<br><br>HOLTEC DECOMMISSIONING INTERNATIONAL, LLC and CHAMPION SPECIALTY SERVICES, LLC,<br><br>Defendants. | C.A. No. 1:26-cv-13333-MJJ |

**CERTIFICATE OF ASHLEY ELEY CANNADY**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Ashley Eley Cannady, certify the following:

1. I am a partner at the law firm of Balch & Bingham LLP, resident in the firm's Jackson, Mississippi office. My office address is 188 East Capitol Street, Suite 1400, Jackson, MS 39201, and my office telephone number is (601) 965-8180.
2. I am a member in good standing in each and every jurisdiction to which I have been admitted to practice, including the bar of the State of Mississippi.
3. I have not been disciplined by any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way and have no currently pending disciplinary proceedings against me in any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

DATED: October 6, 2026

Respectfully submitted,

s/ *Ashley Eley Cannady*

Ashley Eley Cannady
BALCH & BINGHAM LLP
188 E. Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: 601-965-8180
acannady@balch.com
*Attorney for Defendant Holtec Decommissioning International, LLC*