UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON WORKERS LOCAL 7, of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers,<br><br>Plaintiff,<br><br>v.<br><br>HOLTEC DECOMMISSIONING INTERNATIONAL, LLC and CHAMPION SPECIALTY SERVICES, LLC,<br><br>Defendants. | C.A. No. 1:26-cv-13333-MJJ |

**DEFENDANT HOLTEC DECOMISSIOING INTERNATIONAL, LLC'S ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE* OF ARMIN J. MOELLER, JR.**

Pursuant to Local Rule 83.5.3 of the Local Rules of Civil Procedure of the United States District Court for the District of Massachusetts, I, Christopher R. Deubert, a member of the bar of this Court, hereby move for Armin J. Moeller, Jr. to be granted leave to appear *pro hac vice* before this Court as counsel for Defendant Holtec Decommissioning International, LLC ("Holtec"), in the above-captioned consolidated action. In support thereof, Christopher R. Deubert respectfully submits as follows:

1. I am an attorney in good standing and authorized to practice law in the Commonwealth of Massachusetts. I am Senior Counsel with the law firm of Constangy, Brooks, Smith & Prophete, LLP.

2. I move for the admission *pro hac vice* of Mr. Armin J. Moeller, Jr., of the law firm of Constangy, Brooks, Smith & Prophete, LLP, to appear before this Court as co-counsel for Defendant Holtec.

3. Attached hereto is a Certification of Armin J. Moeller, Jr. As evidenced by his Certification, there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction in which he is admitted to practice. Mr. Moeller has read, is familiar with, and agrees to comply with the Local Rules of this Court.

4. Armin J. Moeller, Jr. has not previously had a *pro hac vice* admission to this Court (or any other admission for a limited purpose) revoked for misconduct, or any other reason.

5. Plaintiff have assented to the relief sought by this Motion.

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave pursuant to Local Rule 83.5.3 for Armin J. Moeller, Jr. to appear in this matter *pro hac vice.*

Dated: October 6, 2026

Respectfully submitted,

CONSTANGY, BROOKS,
SMITH & PROPHETE LLP

/s/ *Christopher R. Deubert*
Christopher R. Deubert
Andrew L. Eisenberg
800 Boylston St., Suite 1005
Boston, MA 02199
Tel.: 617.849.7880
Fax: 617.849.7970
cdeubert@constangy.com
aeisenberg@constangy.com

*Attorneys for Defendant*
Holtec Decommissioning International, LLC

**RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), counsel for Defendant has conferred with counsel for Plaintiff who advises that Plaintiff consents to the relief requested herein.

Dated: October 6, 2026

*/s/ Christopher R. Deubert*
Christopher R. Deubert

**CERTIFICATE OF SERVICE**

I, Christopher R. Deubert, hereby certify that I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court via the Court's CM/ECF electronic filing system, which will send a notification to all counsel of record.

/s/ *Christopher R. Deubert*
Christopher R. Deubert