**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IRON WORKERS LOCAL 7, of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers,<br><br>Plaintiff,<br><br>v.<br><br>HOLTEC DECOMMISSIONING INTERNATIONAL, LLC and CHAMPION SPECIALTY SERVICES, LLC,<br><br>Defendants. | C.A. No. 1:26-cv-13333-MJJ |

**DEFENDANTS' ASSENTED-TO MOTION FOR**
**<u>EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT</u>**

Defendants, Holtec Decommissioning International, LLC ("HDI") and Champion Specialty Services, LLC ("Champion"), hereby move (with the assent of Plaintiff) for an extension of time until **<u>October 26, 2026</u>** to respond to Plaintiff's Amended Complaint. As grounds for this motion, Defendants state as follows:

1. On July 21, 2026, Plaintiff filed a Complaint in the captioned action against Defendants. *See* Doc. No. 1. Defendants subsequently executed waivers of service that established their responsive pleading deadlines as September 21 and 22, 2026, respectively. *See* Docs. No. 6 & 7.

2. On September 21, 2026, Defendants jointly filed a motion to dismiss the Complaint. *See* Docs. No. 12 & 13.

3. On October 5, 2026, Plaintiff filed an Amended Complaint as of right. *See* Doc. No. 16. Pursuant to Fed. R. Civ. P. 15(a)(3), the current deadline for Defendants to respond to the Amended Complaint is October 19, 2026.

4. Plaintiff's Amended Complaint adds 23 new paragraphs of allegations and a new cause of action to the original Complaint. Given the expanded scope of allegations and causes of action, Defendants are requesting a short 7-day extension of time until October 26, 2026 to review and respond to the Amended Complaint. This request for an extension of time is not intended to delay matters, but rather to allow Defendants and their counsel a full and fair opportunity to review the allegations set forth in the First Amended Complaint.

5. Plaintiff assents to the relief requested in this motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court grant an extension of time until **October 26, 2026** for them to file a responsive pleading to the Amended Complaint.

Respectfully submitted,

HOLTEC DECOMMISSIONING INTERNATIONAL, LLC,

By its Attorneys,

/s/ *Andrew L. Eisenberg*
Andrew L. Eisenberg
aeisenberg@constangy.com
Christopher R. Deubert
cdeubert@constangy.com
CONSTANGY, BROOKS,
SMITH & PROPHETE LLP
800 Boylston St., Suite 1005
Boston, MA 02199
(617) 849-7880

Armin J. Moeller, Jr. (*pro hac vice)*
Ashley Eley Cannady (*pro hac vice)*
BALCH & BINGHAM LLP
188 E. Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: 601-965-8156
amoeller@balch.com
acannady@balch.com

CHAMPION SPECIALTY SERVICES, LLC

By its Attorneys,

*/s/ Benjamin M. McGovern*
Benjamin M. McGovern BBO No. 661611
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
benjamin.mcgovern@hklaw.com

Dated: October 15, 2026

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

The undersigned counsel for the Defendants hereby certify that they conferred with counsel for Plaintiff on October 15, 2026 in a good faith attempt to resolve or narrow the issues presented by this motion. As a result of those consultations, Defendants understand that Plaintiff assents to the relief sought through this motion.

*/s/ Benjamin M. McGovern*
Benjamin M. McGovern

*/s/ Andrew L. Eisenberg*
Andrew L. Eisenberg

**CERTIFICATE OF SERVICE**

I, Benjamin M. McGovern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of October, 2026.

*/s/ Benjamin M. McGovern*
Benjamin M. McGovern

Dated: October 15, 2026