UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON, MA CIVIL ACTION NO. **1:26-cv-13333-MJJ**

Iron Workers Local 7, of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, )
Plaintiff, ("**Union**" or "**Local 7**") )

v. )

Holtec Decommissioning International, LLC ("**HDI**") )

and )

Champion Specialty Services, LLC ("**Champion**") )
Defendants. )

**PLAINTIFF'S ASSENTED TO**
**MOTION TO EXTEND BY FOUR DAYS THE TIME BY WHICH PLAINTIFF MUST SUBMIT AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PENDING AT DOCUMENT 24.**

Plaintiff Iron Workers Local 7 hereby moves (with the assent of Defendants) for an extension until November 13, 2026 to file Local 7's Opposition to Defendants' Joint Motion To Dismiss Plaintiff's 1st Amended Complaint.

1. On July 21, 2026, Local 7 filed a Complaint to compel arbitration in the above-captioned matter. *Doc. No. 1.* On October 5, 2026, following several pleadings, Local 7 filed its 1st Amended Complaint. *Doc. No. 16.*
2. On October 26, 2026, Defendants filed a Joint Motion to Dismiss Plaintiff's 1st Amended Complaint. *Doc. No. 24.* Plaintiff intends to file an opposition to that Motion, which is due Monday, November 9, 2026. Plaintiff's counsel requests that time to file an opposition be extended by four days, to November 13, 2026.
3. Counsel is experiencing an illness which has prevented him from spending the time necessary to draft Local 7's opposition. This illness is expected to go past the weekend before recovery.

4. This request for an extra four days is not to delay matters, and Defendants have assented.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests until November 13, 2026, to file an Opposition to Defendants' pending Motion to Dismiss.

Respectfully Submitted,
Plaintiff, Iron Workers Local 7
By its Attorney,

/s/ Mickey Long

Mickey Long BBO# 634388
P.O. Box E-1
193 Old Colony Avenue
Boston, MA 02127
TEL: (617) 269-0229
MickeyLong@wagelaw.net.

November 8, 2026

Certification of Service

I, Mickey Long, hereby certify that on this 8th day of November 2026 this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be sent to those parties, if any, indicated as non-registered participants.