**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BOSTON, MA CIVIL ACTION NO. **1:26-cv-13333-MJJ**

| | |
|---|---|
| Iron Workers Local 7, of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, Plaintiff, ("**Union**" or "**Local 7**") | ) |
| v. | ) |
| Holtec Decommissioning International, LLC ("**HDI**") | ) |
| and | ) |
| Champion Specialty Services, LLC ("**Champion**") Defendants. | ) |

**MEDICAL EMERGENCY MOTION FOR A 30-DAY STAY TO ALLOW PLAINTIFF TO OBTAIN NEW COUNSEL TO APPEAR AND SUBMIT PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PENDING AT DOCUMENT 24.**

Plaintiff Iron Workers Local 7 hereby moves for an emergency 30-day stay for Plaintiff Local 7 to obtain new counsel and submit Local 7's Opposition to Document 24, i.e., Defendants' Joint Motion To Dismiss Plaintiff's 1st Amended Complaint.

1. On July 21, 2026, Local 7 filed a Complaint to compel arbitration in the above-captioned matter. *Doc. No. 1.* On October 5, 2026, following several pleadings, Local 7 filed its 1st Amended Complaint. *Doc. No. 16.*
2. On October 26, 2026, Defendants filed a Joint Motion to Dismiss Plaintiff's 1st Amended Complaint. *Doc. No. 24.* Plaintiff intends to file an opposition to that Motion, which is due Friday, November 13, 2026.
3. On Monday, November 9, 2026, this Court granted Plaintiff's request for an extension. *Doc. 26* and *Doc. 27* (Order). Plaintiff's counsel had expected to improve medically. He has not and needs hospital care. Counsel's medical condition has prevented Plaintiff from filing an

opposition.

4. Counsel is a sole practitioner with no other attorneys in office. Counsel has represented Local 7 for litigation and other legal purposes for 30 years and needs to confer with Plaintiff for new counsel and intends to do so November 12, 2026.

5. Thirty days will allow Plaintiff: a) To obtain new counsel and confer on the matter; b) Have new counsel file an appearance, review the file and pleadings; and c) prepare an opposition to Defendants' Joint Motion to Dismiss at Document 24.

6. This request is not to delay matters, but Plaintiff's counsel may not be able to confer with opposing parties, whose assents he hopes to obtain, due to this emergency medical condition.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests a 30-day stay.

Respectfully Submitted,
Plaintiff, Iron Workers Local 7
By its Attorney,

/s/ *Mickey Long*
Mickey Long BBO# 634388
P.O. Box E-1
193 Old Colony Avenue
Boston, MA 02127
TEL: (617) 269-0229
MickeyLong@wagelaw.net.

November 11, 2026

**Certification of Service**

I, Mickey Long, hereby certify that on this 11th day of November 2026 this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that paper copies will be sent to those parties, if any, indicated as non-registered participants.

/s/ *Mickey Long*
Mickey Long