AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Iron Workers Local 7, of the Int'l Assn. of Bridge, Structural
*Plaintiff*
v.
Holtec Decommissioning Int'l, LLC, et al.
*Defendant*

Case No. 1:26-cv-13333-MJJ

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Iron Workers Local 7 .

Date: Nov. 17, 2026

/s/ James A.W. Shaw
*Attorney's signature*

James A.W. Shaw, BBO # 670993
*Printed name and bar number*

Segal Roitman, LLP
33 Harrison Ave., 7th Fl.
Boston, MA 02222
*Address*

jshaw@segalroitman.com
*E-mail address*

(617) 504-8774
*Telephone number*

*FAX number*

Print Save As... Reset